Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__Northern__ District of __Georgia__

Marcey Chatman )
*Plaintiff* )
v. ) Civil Action No.
AID Atlanta, Incorporated and AIDS Healthcare Foundation (Inc.) ) 1:19-cv-03204-LMM-CCB
*Defendant* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

AID Atlanta, Incorporated
Corporation Service Company
40 Technology Parkway South, #300
Norcross, Georgia, 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul J. Sharman
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN

*CLERK OF COURT*

Date: 7/17/2019

/s/ Teressa Frazier

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)

This summons for *(name of individual and title, if any)* AID Atlanta Incorporated
was received by me on *(date)* 9-12-19 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Alisha Smith c/o CSC , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company / Authorized on *(date)* 9-16-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____.

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 9-16-19

Server's signature

Elizabeth Shepherd / Process Server
Printed name and title

P.O. Box 276 Kennesaw GA 30156
Server's address

Additional information regarding attempted service, etc:

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Northern District of Georgia

| | |
|---|---|
| Marcey Chatman | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| AID Atlanta, Incorporated and AIDS Healthcare Foundation (Inc.) | ) 1:19-cv-03204-LMM-CCB |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

AIDS Healthcare Foundation (Inc.)
Corporation Service Company
40 Technology Parkway South, #300
Norcross, Georgia, 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul J. Sharman
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 7/17/2019

/s/ Teressa Frazier

*Signature of Clerk or Deputy Clerk*

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### (This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)

This summons for (name of individual and title, if any) **AIDS Healthcare Foundation (Inc)**
was received by me on (date) **9-12-19**.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) **Alisha Smith c/o CSC** , who is
designated by law to accept service of process on behalf of (name of organization) **Corporation Service Company / Authorized to Accept** on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____

My fees are $ **0** for travel and $ **75.00** for services, for a total of $ **75.00** .

I declare under penalty of perjury that this information is true.

Date: **9-16-19**

Server's signature

**Elizabeth A. Shepherd / Process Server**
Printed name and title

**P.O. Box 276 Kennesaw, GA 3456[?]**
Server's address

Additional information regarding attempted service, etc: