IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCEY CHATMAN,<br><br>    Plaintiff,<br><br>v.<br><br>AID ATLANTA, INCORPORATED,<br>and AIDS HEALTHCARE<br>FOUNDATION (INC.),<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:19-CV-03204-LMM-CCB |

## NOTICE OF DEPOSITION OF AID ATLANTA, INCORPORATED & AIDS HEALTHCARE FOUNDATION (INC.) PURSUANT TO FED. R. CIV. PRO. § 30(B)(6)

TO:  AID Atlanta, Incorporated & AIDS Healthcare Foundation (Inc.)
       c/o Gregory R. Crochet
       Kutak Rock LLP
       303 Peachtree Street NE, Suite 2750
       Atlanta, GA 30308

    Pursuant to Fed R. Civ. Pro. § 30(b)(6), please take notice that, commencing at a time and place deemed mutually convenient, Plaintiff Marcey Chatman will take the deposition of Defendants AIDS Healthcare Foundation (Inc.) and its subsidiary AID Atlanta, Incorporated by oral examination using stenographic means.  The oral examination will begin on a date to be determined by agreement of counsel and continue from day to day during agreed upon hours, excluding Saturdays, Sundays, and holidays, until completed.  It is likely that the deposition

will be held using remote technology due to the current coronavirus pandemic emergency.  Defendants are directed, pursuant to Rule 30(b)(6), to designate one or more officers, directors, managing agents, or other persons who consent and are knowledgeable to testify on its behalf with respect to each of the subject matters set forth in schedule A attached hereto.  It is understood that Defendants in response to this Notice may have to identify and produce several different designees to respond to the subject matters set forth in Appendix A.

Respectfully submitted this 27th day of May, 2020.

*s/Paul J. Sharman*
Paul J. Sharman     227207
THE SHARMAN LAW FIRM, LLC
Attorney for Plaintiff
11175 Cicero Dr., Suite 100
Alpharetta, Georgia 30022
(678) 242-5297
paul@sharman-law.com

# APPENDIX A

*Please take notice that the depositions of AID Atlanta, Incorporated & AIDS Healthcare Foundation (Inc.), shall be taken pursuant to Fed R. Civ. P. 30(b)(6). Please be advised that, pursuant to Fed R. Civ. P. 30(b)(6) you have the duty to designate one or more officers, directors, managing agents or other persons who consent to testify on your behalf as to matters known or reasonably available to your organization.*

*To the extent that AID Atlanta, Incorporated & AIDS Healthcare Foundation (Inc.) will take the position that these topics are not stated with reasonable particularity, please notify undersigned counsel as soon as possible for clarification.*

*A. The term "AID Atlanta, Incorporated" or "AID Atlanta" shall mean Defendant AID Atlanta, Incorporated." The term "AIDS Healthcare Foundation (Inc.)" or "AHF" shall mean Defendant "AIDS Healthcare Foundation (Inc.)"  Each shall include any present  domestic and foreign divisions, subsidiaries, and affiliated companies; its predecessors and successors, whether wholly or partially owned; and all directors, officers, agents, employees, consultants, trustees, staff  members, representatives, and attorneys of any of the foregoing.*

*B. The term "Chatman" or "Plaintiff" shall mean Plaintiff Marcey Chatman.*

*C. "Describe" or "description," when used in conjunction with a document, includes the providing of all production numbers associated with the document and the title and full description of the document.*

*D. "Identify" or "identity," when used in conjunction with a person, includes the providing of the last known full name, last known address, and last known phone number of the person.*

*The matters for examination at this deposition may include the following:*

1. The education, training and experience of the deponent;

2. The organizational position and physical work location of the deponent;

3. The role/responsibility the deponent has (or will have) in responding to discovery requests seeking production of electronic documents, such as information created, stored, and/or utilized using computer technology;

4. The steps taken by deponent to prepare for deposition, including the titles of documents that were reviewed;

5. Provide a description of the executive management structure of AID Atlanta, Incorporated & AIDS Healthcare Foundation (Inc.);

6. Provide a description of the organizational structure and personnel in the location(s) of AID Atlanta, Incorporated where Plaintiff was employed;

7. Provide a description of any training provided between 2015 and 2017 to employees of AID Atlanta, Incorporated & AIDS Healthcare Foundation (Inc.) related to employment discrimination and benefits enrollment;

8. Provide the job description(s) for the positions held by Plaintiff during her employment with AID Atlanta, Incorporated;

9. Describe the actual job duties Plaintiff performed for Defendants between 2012 and 2017;

10. Provide details regarding each and every alleged legitimate nondiscriminatory reason that the Defendants terminated Plaintiff;

11. Provide explanations of matters set forth in any Position Statement or other document provided to the EEOC by Defendants, including any Exhibits;

12. Provide copies of all employee policies and procedures related to equal employment opportunities and discrimination in place from 2012 to present;

13. Provide copies of all employee policies and procedures related to benefits enrollment in place from 2012 to present;

14. Provide a detailed description of the events surrounding Plaintiff's termination in 2017, including, but not limited to, Plaintiff's alleged attempts to request accommodations under the Americans With Disabilities Act;

15. Provide details of any investigation(s) of the events surrounding the Plaintiff's complaints about discrimination, including, for each investigation, who participated in the investigation, who was interviewed regarding the allegations, and the outcome of the investigation;

16. Provide details of any investigation(s) of the events surrounding the Plaintiff's termination, including, for each investigation, who participated in the investigation, who was interviewed regarding the alleged incidents, and the outcome of the investigation;

17. Provide details of any incidents or disciplinary measures prior to January 2017 involving Plaintiff during her employment at AID Atlanta, Incorporated;

18. Provide details of notification and instructions about preservation of documents due to the lawsuit (who provided the notification, how was it communicated);

19. Provide details of any deletion of documents since commencement of this lawsuit or since deponent received notification about this lawsuit or reasonable possibility of lawsuit;

20. Provide details about company's record management policy (when instituted, when electronic documents became part of this policy, who is responsible for ongoing management of this policy, provide copy during deposition);

21. Provide details about company's backup procedures (including intervals, medium for backup, reuse of backup medium, location of backup)

22. Provide details about whether any backup media has been reused or otherwise erased since the filing of this lawsuit.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCEY CHATMAN,<br><br>      Plaintiff,<br><br>    v.<br><br>AID ATLANTA, INCORPORATED,<br>and AIDS HEALTHCARE<br>FOUNDATION (INC.),<br><br>      Defendants. | CIVIL ACTION FILE NO.<br><br>1:19-CV-03204-LMM-CCB |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2020, a true copy of PLAINTIFFS' NOTICE OF DEPOSITION OF AID ATLANTA, INCORPORATED & AIDS HEALTHCARE FOUNDATION (INC.) PURSUANT TO FED. R. CIV. PRO. § 30(B)(6) was filed using the CM/ECF system, which will automatically send notification to all counsel of record.

                                      /s/ *Paul J. Sharman*
                                      PAUL J. SHARMAN
                                      Georgia State Bar No. 227207
                                      The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com