IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARCEY CHATMAN,<br><br>        Plaintiff,<br><br>     v.<br><br>AID ATLANTA, INCORPORATED, and AIDS HEALTHCARE FOUNDATION (INC.),<br><br>        Defendants. | CIVIL ACTION<br><br>NO. 1:19-CV-03204-LMM-CCB |

## DEFENDANTS' CERTIFICATION OF SERVICE OF DISCOVERY

In accordance with Fed.R.Civ.P. 5(d)(1) and Local Rule 26.3 of the United States District Court for the Northern District of Georgia, the undersigned counsel for Defendants certifies that counsel served the following discovery on Plaintiff by depositing same in the United States Mail, postage prepaid: Defendants' First Set of Requests for Admissions to Plaintiff.

Dated this 18th day of June, 2020.

                              KUTAK ROCK LLP

                              <u>/s/ Gregory R. Crochet</u>
                              Gregory R. Crochet
                              Georgia Bar No. 196650
                              greg.crochet@kutakrock.com
                              303 Peachtree Street, N.E.
                              Suite 2750
                              Atlanta, GA  30308
                              (404) 222-4600 (Telephone)
                              (404) 222-4654 (Facsimile)

                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing DEFENDANTS' CERTIFICATION OF SERVICE OF DISCOVERY was served on Plaintiff by e-filing and by placing a copy of same in the United States Mail in an envelope with adequate postage affixed thereon, properly addressed as follows:

>Paul Joseph Sharman, Esq.
>The Sharman Law Firm LLC
>Suite 100
>11175 Cicero Drive
>Alpharetta, GA  30022
>paul@sharman-law.com

This the 18th day of June, 2020.

>/s/ Gregory R. Crochet
>Gregory R. Crochet